No. 75–276. TAYLOR ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 75–314. RITTER *v.* KLEPPE, SECRETARY OF THE INTERIOR, ET AL. C. A. 9th Cir. Certiorari denied. 

No. 75–341. TULIA FEEDLOT, INC. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 75–423. JONES *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 75–424. JEFFERSON *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 75–425. PRICE *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 75–429. WEYMAN *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied. 

No. 75–430. WOOLFOLK *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 75–435. CESSNA AIRCRAFT CO. ET AL. *v.* WHITE INDUSTRIES, INC. C. A. 8th Cir. Certiorari denied. 

No. 75–445. GENERAL ELECTRIC CREDIT CORP. *v.* GRUBBS, DBA T. R. GRUBBS TIRE & APPLIANCE. C. A. 5th Cir. Certiorari denied. 

No 75–452. BOEING CO. ET AL. *v.* VAN GEMERT ET AL. C. A. 2d Cir. Certiorari denied.